THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) NO. CR05-231JCC |
| | ) |
| v. | ) ORDER CONTINUING |
| | ) TRIAL DATE |
| VINCENT REEVES, | ) |
| Defendant. | ) |
| _____ | ) |

This matter comes before the Court on the parties' Stipulation to Continue the
Trial Date filed by the United States of America and Defendant Vincent Reeves (Dkt. No.
1135). Having considered the entirety of the file and records herein, and the reasons set
forth in the Stipulation, the Court hereby finds that a continuance of the trial date is
necessary to allow counsel for the defendant and the attorney for the government the
reasonable time necessary for effective preparation. The Court also finds that the ends of
justice in continuing the trial outweigh the best interest of the public and the defendant in
a speedy trial.

//
//
//
//
//
//

1    Accordingly, it is hereby ORDERED that the trial be continued to February 12,

2    2007.  The time from the date of this Order through February 12, 2007 is excluded

3    pursuant to the provisions of 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) as to Defendant

4    Reeves.

5    Dated this 17th day of November, 2006.

6

7

8

9    John C. Coughenour
     United States District Judge

10

11

12   Presented by:

13   *s/ Ye-Ting Woo*

14   YE-TING WOO
     Assistant United States Attorney

15   State Bar Number 21208

16   United States Attorney's Office
     700 Stewart Street, Suite 5220

17   Seattle, WA 98101
     Telephone: 206-553-2268

18   Fax: 206-553-4440

19   E-mail: Ye-Ting.Woo@usdoj.gov

20

21

22

23

24

25

26

27

28

ORDER CONTINUING TRIAL DATE/
Vincent Reeves, CR05-231JCC - 2