THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VINCENT REEVES, ) <br> ) <br> Defendant. ) <br> _____) | NO. CR05-231JCC <br><br> ORDER CONTINUING <br> TRIAL DATE |

This matter comes before the Court on the parties' Stipulation to Continue the Trial Date filed by the United States of America and Defendant Vincent Reeves (Dkt. No. 1135). Having considered the entirety of the file and records herein, and the reasons set forth in the Stipulation, the Court hereby finds that a continuance of the trial date is necessary to allow counsel for the defendant and the attorney for the government the reasonable time necessary for effective preparation. The Court also finds that the ends of justice in continuing the trial outweigh the best interest of the public and the defendant in a speedy trial.

//
//
//
//
//
//

1     Accordingly, it is hereby ORDERED that the trial be continued to February 12, 2007. The time from the date of this Order through February 12, 2007 is excluded pursuant to the provisions of 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) as to Defendant Reeves.

    Dated this 17th day of November, 2006.

*[signature]*
John C. Coughenour
United States District Judge

Presented by:

*s/ Ye-Ting Woo*
YE-TING WOO
Assistant United States Attorney
State Bar Number 21208
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Telephone: 206-553-2268
Fax: 206-553-4440
E-mail: Ye-Ting.Woo@usdoj.gov

ORDER CONTINUING TRIAL DATE/
Vincent Reeves, CR05-231JCC - 2